UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00162-FDW-DSC

| | |
|---|---|
| JAMIE LEIGH MILES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID DIDONATO, ) <br> ) <br> Defendant. ) <br> ) <br> ) | ORDER |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. On September 29, 2016, a mediation report was filed with the Court. (Doc. No. 13). In the report, Mediator Wayne P. Huckel submitted that the instant case completely settled, and that counsel would notify the Court of settlement within ten (10) days by filing a stipulation of dismissal signed by the parties. Over ten (10) days have passed since the report was filed, therefore, the Court ORDERS the parties file an agreement for entry of judgment or a stipulation of dismissal within ten (10) days, or the Court will dismiss the case without prejudice.

IT IS SO ORDERED.

Signed: October 18, 2016

Frank D. Whitney
Chief United States District Judge