UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00162-FDW-DSC

| | |
|---|---|
| JAMIE LEIGH MILES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| DAVID DIDONATO, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. On October 18, 2016, this Court ordered the parties to file a stipulation of dismissal within ten (10) days. (Doc. No. 14). Over ten (10) days have passed since this Court's Order was filed, therefore, the Court DISMISSES this case without prejudice. The Clerk is respectfully directed to CLOSE THE CASE.

SO ORDERED.

Signed: November 2, 2016

Frank D. Whitney
Chief United States District Judge